IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Soro, Sarah

Printed: 10/29/08

Case Number: 08 B 06809
Judge: Squires, John H
Filed: 3/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 10, 2008
Confirmed: June 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,384.37 |  |
| Secured: |  | 1,361.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,801.22 |
| Trustee Fee: |  | 221.20 |
| Other Funds: |  | 0.00 |
| Totals: | 3,384.37 | 3,384.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 3,124.00 | 1,801.22 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 12,484.31 | 1,361.95 |
| 5. | America's Servicing Co | Secured | 14,461.61 | 0.00 |
| 6. | Resurgent Capital Services | Secured | 1,774.20 | 0.00 |
| 7. | Cash Call | Unsecured | 335.25 | 0.00 |
| 8. | Capital One | Unsecured | 71.12 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 42.26 | 0.00 |
| 10. | NorthStar Credit Union | Unsecured | 355.99 | 0.00 |
| 11. | Harris & Harris | Unsecured | 83.30 | 0.00 |
| 12. | Midwest Verizon Wireless | Unsecured | 181.90 | 0.00 |
| 13. | Goldman | Unsecured |  | No Claim Filed |
| 14. | Harris & Harris | Unsecured |  | No Claim Filed |
| 15. | T Mobile USA | Unsecured |  | No Claim Filed |
| 16. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 17. | Medical Care Group | Unsecured |  | No Claim Filed |
| 18. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 19. | All Credit Lenders | Unsecured |  | No Claim Filed |
| 20. | Cash Net | Unsecured |  | No Claim Filed |
| 21. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,913.94 | $ 3,163.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Soro, Sarah | Case Number:  08 B 06809 |
| | Judge:  Squires, John H |
| Printed: 10/29/08 | Filed:  3/21/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 142.01 |
| 6.6% | 79.19 |
| | $ 221.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

